ACHILLE J. OISHEI, Respondent, *v.* PENNSYLVANIA RAILROAD COMPANY, Appellant, Impleaded with GIOVANNI BONADDIO, Defendant.

SAME, Respondent, *v.* SAME, Appellant, Impleaded with VINCENZO MORENNA, Defendant.

SAME, Respondent, *v.* SAME, Appellant, Impleaded with VINCENZO SPINA, Defendant.

SAME, Respondent, *v.* SAME, Appellant, Impleaded with DOMENICO FARRARELLI, Defendant.

SAME, Respondent, *v.* SAME, Appellant, Impleaded with FRANCESCO GRASTELLO, Defendant.

*Oishei* v. *Pennsylvania R. R. Co.,* 117 App. Div. 110, 117, 118, 119, affirmed.

(Argued March 3, 1908; decided March 31, 1908.)

APPEAL in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 19, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to enforce an attorney's lien.

*Norman B. Beecher* and *Granville Barrere* for appellant.

*Nelson L. Keach, Thomas J. O'Neil* and *Achille J. Oishei* for respondent.

Judgment in each case affirmed, with full costs in the *Bonaddio* case and with costs exclusive of argument fee in the other cases; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.   Not sitting: VANN, J.

---

ALVIN EISERT, Respondent, *v.* ABNER T. BOWEN et al., Appellants, Impleaded with Others.

*Eisert* v. *Bowen,* 117 App. Div. 488, affirmed.

(Argued March 4, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Feb-

ruary 19, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to impress a trust upon certain real property.

*Henry B. Johnson, Richard V. Harrington* and *John J. Cunneen* for appellants.

*James M. Fisk* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

OTTO C. SCHRADER, Appellant, *v.* RICHARD H. FRAENCKEL, Respondent.

*Schrader* v. *Fraenckel,* 117 App. Div. 97, affirmed.
(Submitted March 4, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1907, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover on an alleged contract for services.

*L. E. Warren* and *A. E. Merrill* for appellant.

*James Allison Kelly* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

SOLOMON SCHINASI et al., Respondents, *v.* ROBERT E. LANE, Appellant.

*Schinasi* v. *Lane,* 118 App. Div. 76, affirmed.
(Argued March 5, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 13, 1907, affirming a judgment in favor of plaintiffs entered